AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Corey Horan<br><br>Defendant | Case: 1:23-mj-00192<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 8/2/2023<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Corey Horan _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)- Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions;
40 U.S.C. § 5104(e)(2)(D)- Willfully and knowingly utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress;
40 U.S.C. § 5104(e)(2)(G)- parade, demonstrate, or picket in any of the Capitol Buildings.

Date: 08/07/2023

_Moxila A. Upadhyaya_
_2023.08.07 10:39:57 -04'00'_
*Issuing officer's signature*

City and state:   Washington, D.C.            Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/7/2023, and the person was arrested on *(date)* 8/8/2023
at *(city and state)* Carlsbad, CA.

Date: 8/8/2023

_Kelsey Randall_
*Arresting officer's signature*

Kelsey Randall/Special Agent
*Printed name and title*