# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal No. 1:23-mj-00192-MAU-1 |
| **COREY THOMAS HORAN,** | |
| *Defendant.* | |

## ORDER

The Court has reviewed defendant Corey Thomas Horan's Motion For Admission of Attorney *Pro Hac Vice* for Jay E. Monico. Upon consideration of that Motion, the Court **GRANTS** Mr. Monico's *pro hac vice* admission to this Court.

_____      _____
DATE   August 29, 2023              HON. ZIA M. FARUQUI
                                    UNITED STATES MAGISTRATE JUDGE